948

No. 12–5613. ADKINS v. JOHNSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–5615. JOHNSON v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 12–5618. SHEPPARD v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 12–5621. WILLIAMS v. JACKSON, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5622. WILLIAMS v. FELKER ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5624. COX v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5626. BOBO v. TULARE CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–5631. ZACHARY v. ARAMARK CORRECTIONAL SERVICES, LLC. C. A. 7th Cir. Certiorari denied.

No. 12–5634. LEVITAN v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 12–5635. KING v. HEDGPETH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5642. SCOTT v. IOWA ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–5643. RICHARDSON v. BRANKER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5646. CHAVEZ v. TEXAS (three judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 12–5650. SOSBEE v. McCALL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 12–5658. BUGGS v. RAPELJE, WARDEN. C. A. 6th Cir. Certiorari denied.